*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 16, 2016          521703
_____

In the Matter of VONTRELL
    HOBSON,
               Petitioner,

      v                              MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
    et al.,
               Respondents.
_____

Calendar Date:  May 3, 2016

Before:  Peters, P.J., Garry, Lynch, Clark and Mulvey, JJ.

_____

      Vontrell Hobson, Auburn, petitioner pro se.

      Eric T. Schneiderman, Attorney General, Albany (Owen Demuth of counsel), for respondents.

_____

      Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

      Determination confirmed.  No opinion.

      Peters, P.J., Garry, Lynch, Clark and Mulvey, JJ., concur.

ADJUDGED that the determination is confirmed, without costs, and petition dismissed.

ENTER:

*Robert D Mayberger*

Robert D. Mayberger
Clerk of the Court